```
                                        ┌─────────────────────────────┐
                                        │           FILED             │
                                        │  CLERK, U.S. DISTRICT COURT  │
                                        │                             │
                                        │       NOV - 9 2011           │
                                        │                             │
                                        │ CENTRAL DISTRICT OF CALIFORNIA│
                                        │ BY                    DEPUTY  │
                                        └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>        v.<br><br>Adrian Rodriguez,<br><br>           Defendant. | Case No. CR 10-567-AHM-11<br><br>ORDER OF PRETRIAL DETENTION<br>AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A.   ( )  Upon motion of the Government in a case that involves:

        1.   ( )  a crime of violence or an offense listed in 18 U.S.C. § 2332b(g)(5)(B), for which a maximum term of imprisonment of ten (10) years or more is prescribed; or

        2.   ( )  an offense for which the maximum sentence is life imprisonment or death; or

        3.   ( )  an offense for which a maximum term of imprisonment of ten (10) years or more is prescribed in the Controlled Substances Act, Controlled Substances Import and Export Act or Maritime Drug Law Enforcement Act; or

4.    ( ) any felony if defendant has been convicted of
two or more offenses described in
subparagraphs 1-3 above, or two or more state
or local offenses that would have been
offenses described in subparagraphs 1-3 above
if a circumstance giving rise to federal
jurisdiction had existed, or a combination of
such offenses.

5.    ( ) any felony that is not otherwise a crime of
violence that involves a minor victim, or
possession or use of a firearm or destructive
device or any other dangerous weapon, or a
failure to register under 18 U.S.C. § 2250.

B.    Upon motion (✓) of by the Government ( ) of the Court sua
sponte, in a case that involves:

1.    (✓) a serious risk that defendant will flee;

2.    ( ) a serious risk that defendant will

    a.    ( ) obstruct or attempt to obstruct justice;
          or

    b.    ( ) threaten, injure, or intimidate a
          prospective witness or juror or attempt
          to do so.

C.    The Government ( ) is (✓) is not entitled to a rebuttable
presumption that no condition or combination of conditions will
reasonably assure defendant's appearance as required and the safety of
any person or the community.

2

II.

A.    ( ✓ )    The Court finds by a preponderance of the evidence
                that no condition or combination of conditions
                will reasonably assure the appearance of defendant
                as required;

B.    ( ✓ )    The Court finds by clear and convincing evidence
                that no condition or combination of conditions
                will reasonably assure the safety of any other
                person and the community.


III.

The Court has considered:

A.    ( ✓ )  the nature and circumstances of the offense(s) charged;

B.    ( ✓ )  the weight of the evidence against defendant;

C.    ( ✓ )  the history and characteristics of defendant;

D.    ( ✓ )  the nature and seriousness of the danger to any person
                or the community that would be posed by defendant's
                release;

E.    ( ✓ )  the Pretrial Services Report/Recommendation;

F.    ( ✓ )  the evidence proffered/presented at the hearing;

G.    ( ✓ )  the arguments of counsel.

///
///
///
///
///
///

3

IV.

The Court concludes:

A.   (✓) Defendant poses a risk to the safety of other persons
        and the community based on: _____

        _prior criminal history, instant offense_
        _allegations; history of RMS-compliance_
        _____

B.   (✓) Defendant poses a serious flight risk based on: _____

        _lack of known employment_ ~~and~~ ~~spouse~~ &
        _poor resource information; history of parole_
        _violation & warrant; use of alias /mbices_ BOB.

C.   (  ) A serious risk exists that defendant will:

        1.   (  ) obstruct or attempt to obstruct justice;

        2.   (  ) threaten, injure or intimidate a prospective
                  witness or juror or attempt to do so;

        based on: _____

        _____

        _____

        _____

D.   (  ) Defendant has not rebutted by sufficient evidence to
        the contrary the presumption provided in 18 U.S.C.
        § 3142(e) that no condition or combination of
        conditions will reasonably assure the safety of any
        other person and the community;
        and/or

4

1          ( ) Defendant has not rebutted by sufficient evidence to
2              the contrary the presumption provided in 18 U.S.C.
3              § 3142(e) that no condition or combination of
4              conditions will reasonably assure the appearance of
5              defendant as required.
6      IT IS ORDERED that defendant be detained prior to trial.
7      IT IS FURTHER ORDERED that defendant be committed to the custody
8  of the Attorney General for confinement to a corrections facility
9  separate, to the extent practicable, from persons awaiting or serving
10 sentences or persons held in custody pending appeal.
11     IT IS FURTHER ORDERED that defendant be afforded reasonable
12 opportunity for private consultation with defendant's counsel.
13     IT IS FURTHER ORDERED that, on Order of a Court of the United
14 States or on request of an attorney for the Government, the person in
15 charge of the corrections facility in which defendant is confined
16 deliver defendant to a United States Marshal for the purpose of an
17 appearance in connection with a court proceeding.
18 DATED:    11/9/11
19
20
21                          HONORABLE JACQUELINE CHOOLJIAN
                            United States Magistrate Judge
22
23
24
25
26
27
28

5